UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA     DIVISION


IN RE:

ESTEBAN T. MADRID                CASE NO.: 04-31419-PNS3
BRENDA L. MADRID                 CHAPTER 13

    Debtor(s).
_____/


## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: LAKE COOK PARTIES, LLC which remain outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 294992   in the amount of $395.77 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart
LEIGH D. HART
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:
ESTEBAN T. MADRID
BRENDA L. MADRID
2121 PIN HIGH DR.
PENSACOLA, FL

32526
AND

| | |
|---|---|
| LEWIS & JURNOVOY, P.A. | LAKE COOK PARTIES, LLC |
| 1100 NORTH PALAFOX STREET | C/O HILCO RECEIVABLES, LLC |
| PENSACOLA,  FLORIDA | 5 REVERE DRIVE SUITE 415 |
| | NORTHBROOK, IL |
| 32501 | 60062 |

on the same date as reflected on the court's docket as the electronic filing date for this document.

/s/Leigh D. Hart
F.45 (107) 09/18/2006    LEIGH D. HART